

ORIGINAL

FILED

11/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0651

# IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0651

FILED

NOV 1 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENTS TO
THE COMMISSION OF CONTINUING
LEGAL EDUCATION

O R D E R

The terms of Chair K. Paul Stahl and members Casey Heitz and Kimberly Obbink on the Commission of Continuing Legal Education expired on September 30, 2023. The Court thanks all three of these individuals for their dedicated service to the Commission, to this Court and to the people of Montana. Mr. Stahl and Mr. Heitz have indicated their willingness to serve another term on the Commission. Ms. Obbink does not seek reappointment. Dr. Marsha Goetting has expressed an interest in serving on the Commission.

IT IS HEREBY ORDERED that K. Paul Stahl and Casey Heitz are hereby reappointed to the Commission of Continuing Legal Education to terms expiring on September 30, 2026.

IT IS FURTHER ORDERED that Dr. Marsha Goetting is appointed to the Commission of Continuing Legal Education for a terming expiring on September 30, 2026.

In accordance with Rule 3A of the Rules for Continuing Legal Education, a Commission member may serve no more than two consecutive terms as Chairperson. Therefore,

IT IS FURTHER ORDERED that the Commission shall select a new Commission chair from among its members.

IT IS FURTHER ORDERED, in accordance with Rule 3A of the Rules for Continuing Legal Education, that Justice Beth Baker shall serve as this Court's ex-officio member of the Commission.

The Clerk is directed to provide copies of this Order to K. Paul Stahl, Casey Heitz, Kimberly Obbink, Dr. Marsha Goetting, the remaining members of the Commission of Continuing Legal Education, and to the State Bar of Montana.

DATED this 16th day of November, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices